Case 3:23-cv-00559-BAJ-EWD   Document 1   07/17/23   Page 1 of 2

RECEIVED
JUL 17 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

Michael L McConnell   Clerk     Shelly D Dick   Chief Jg       Jul 14 23
777-139 Florida St              777-301 Florida St
Baton Rouge LA 70801
225389 3500 FAX 3501            225 389 3634 3640
www.lamd.uscourts.gov

LIMITED VOTING MAY COME SOON    HAVE THE PRIMARY WINNERS CONTEND!
I HAVE A 2023 MO HOUSE ROSTER W/ROOM & PHONE #S & Home Towns!
I HAVE        TX                                Counties, but LACK
                                                Many Home Towns!
I WANT MS AR KS KY WI Etc!   (KY 114, not 100 seat House)

"The only way out from this TWO-PARTY DOOM LOOP IS TO SCRAP THE Single-mem
district electoral system!" PSQ Vol 136 #4 2022 www.psqonline.org
   ACAD POL SCI    aps@psqonline.org    212 870 2500 FAX 2202

99+ docket entries Veasey v Abbott 2:13cv193 Corpus are from me, int party pro se!
Many ask for a 2nd ballot.           I suggest a 155, not 150 seat TX House!
4 House seat Sen dists:              136      163      MO
2                                    104      122      MS
3     (The US Supreme Court on Mon June 26 23   105      100      AR
3     lifted its hold on the LA remap case.    120      125      KS
3     Earlier in June it rejected the AL map!)  105      keep105  AL
3                                                99      keep 99  WI

Many GA House members share a Room & Phone #.   136   not 180   GA
Please Phone some at 404 656 0109 0116 0126 0152 0178 0188 0202 0213!
                            by LIMITED VOTING!
I suggest LA elect US Congmen at large from the whole State!

Republicans argue trying to include widely dispersed black population in
two separate cong dists would result in two districts with narrow black
majorities that would diminish black voting power.

LA BAR 601 St Charles Ave New Orleans            70130 504 566 1600 FAX 0930
       PRES Stephen Dwyer 3000 W Esplanade Ave   70002 504 838 9090     9187
                         Metairie
MS BAR BX 2168 Jackson                           39225 601 948 4471 355 8635
       Pres Blake Taylor 1201 Cherry Vicksburg   39183 601 636 6565 631 0114
AR BAR 2224 Cottondale Ln Little Rock            72202 501 375 4606 arbar.com
       PRES Joseph Kolb 26 Valley Club Cir (same)72212 501 804 4939 716 2626
KY BAR 514 W Main Frankfort                      40601 502 564 3795      3225
       Pres Schrock 201 Broadway Paducah         42001 270 443 6511      6548
TX BAR 1414 Colorado Austin 800 204 2222         78701 512 427 1463      4100
       Pres Cindy Tisdale 220 W Pearl Granbury   76048 817 573 6433      6542
WI BAR BX 7158 Madison 800 728 7788 362 8096     53707 608 257 3838      5502
       Pres Marg Hickey 222 E Erie Milwaukee     53202 414 273 1414      3223
KS BAR 1200 SW Harrison Topeka info@ksbar.org    66612 785 234 5696      3813
       Pres Laura Ice 2 Cessna Blvd Wichita      67215 316 660 1258
OH BAR 1700 Lake Shore Dr Columbus 800 232 71244 3204 614 487 8585       8808

Please Mail me a Date-Stamped copy.    Robert M Allensworth B14522
                                       251 N IL 37   Ina IL 62846

R Allensworth B14522
251 N IL 37
Ina IL 62846

Michael L McConnell
777-139 Florida
Baton Rouge LA 70801

THIS CORRESPONDENCE IS FROM AN INMATE OF IDOC

14 JUL 2023 PM 4



SCREENED OK U.S. MARSHAL

70801-171733