UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT M. ALLENSWORTH                                    CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                               NO. 23-00559-BAJ-RLB

## RULING AND ORDER

By correspondence dated October 13, 2023, the Court notified Plaintiff that his Complaint, (Doc. 1), was deficient because it was not submitted on the approved form, and was not accompanied by the filing fee or, alternatively, a properly completed motion to proceed *in forma pauperis* (IFP). (Doc. 2). The Court's October 31 correspondence required Plaintiff to correct these deficiencies within 21 days or risk dismissal. (*Id.*).

The record reflects that, to date, Plaintiff has not re-submitted his Complaint, paid the filing fee, or submitted a properly completed IFP motion. Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to correct the deficiencies of which he was notified. Judgment shall be entered separately.

Baton Rouge, Louisiana, this 20th day of February, 2024

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA