UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT M. ALLENSWORTH                     CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.                NO. 23-00559-BAJ-EWD

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to correct the deficiencies of which he was notified.

Baton Rouge, Louisiana, this 20th day of February, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA